CARL M. FALLER SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel: 559-226-1534
Fax: 559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JHONATAN SILVA CORONA,<br>Defendant. | Case No.: 1:10-cr-00477 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: January 9, 2012<br>Time: 9:00 am<br>Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A sentencing hearing is currently set for January 9, 2012 at 9:00 am.

By agreement of the parties, it is requested that the sentencing hearing be continued until January 30, 2012 at 9:00 am.

The reason for this request is that due to the schedules of counsel and the probation officer, there has been a delay in having the defendant interviewed. The additional time is necessary to allow the presentence report to be prepared and considered by the parties.

It is therefore respectfully requested that the sentencing hearing be continued until January 30, 2012 at 9:00 am.

///

///

Dated: December 20, 2011

Respectfully submitted,

/s/ Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

By /s/ Yasin Mohammad__
YASIN MOHAMMAD
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for January 9, 2012 at 9:00 am, be continued to January 30, 2012 at 9:00 am.

IT IS SO ORDERED.

Dated: December 21, 2011

______________________________
CHIEF UNITED STATES DISTRICT JUDGE