CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JHONATAN SILVA CORONA,<br><br>　　　　Defendant. | Case No.: 1:10-cr-00477 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: January 30, 2012<br>Time: 9:00 am<br>Honorable Anthony W. Ishii |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　A sentencing hearing is currently set for January 30, 2012 at 9:00 am.

　　　　By agreement of the parties, it is requested that the sentencing hearing be continued until February 13, 2012 at 10:00 am.

　　　　The reason for this request is to allow time for the defendant to be debriefed pursuant to the "safety valve" provision of the Sentencing guidelines.

Dated:  January 24, 2012　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller_____
　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

|   |   |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 |   |
| 3 | By  /s/ Yasin Mohammad |
|   | YASIN MOHAMMAD |
| 4 | Assistant U.S. Attorney |
|   | Attorney for the United States |
| 5 |   |

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for January 30, 2012 at 9:00 am, be continued to February 13, 2012 at 10:00 am.

IT IS SO ORDERED.

Dated:  January 24, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE