CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JHONATAN SILVA CORONA,<br><br>　　　　　Defendant. | Case No.: 1:10-cr-00477 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: February 13, 2012<br>Time: 10:00 am<br>Honorable Anthony W. Ishii |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　A sentencing hearing is currently set for February 13, 2012 at 9:00 am.

　　　　By agreement of the parties, it is requested that the sentencing hearing be continued until March 26, 2012 at 10:00 am.

　　　　The reason for this request is to accommodate the trial schedules of the prosecutor and defense counsel, as well as the agents involved, in conducting a debriefing of the defendant pursuant to the "safety valve" provisions of the Sentencing Guidelines.

Dated:  February 8, 2012　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

|   |   |
|---|---|
| | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| | By  /s/ Yasin Mohammad |
| |    YASIN MOHAMMAD |
| |    Assistant U.S. Attorney |
| |    Attorney for the United States |

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for February 13, 2012 at 10:00 am, be continued to March 26, 2012 at 10:00 am.

IT IS SO ORDERED.

Dated: February 8, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE